```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:            *        CIVIL ACTION
RANDALL MARK SCHAEFFER
(APPELLANT)

VERSUS                       *        NO: 06-9041

LOUISIANA STATE BOARD OF     *        SECTION: "D"(4)
DENTISTRY
(APPELLEE)
```

**O R D E R**

Pursuant to the Mandate issued by the United States Court of Appeals for the Fifth Circuit, this court **REMANDS** the matter to the United States Bankruptcy Court (Bankruptcy Court No. 05-17286 "A"; Adversary No. 06-1075) for proceedings consistent with the Fifth Circuit's Opinion attached to the Mandate, entered into the record on February 19, 2008. (*See* Doc. No. 11).[1]

---

[1] In its Opinion, the Fifth Circuit found that this court, in affirming the United States Bankruptcy Court, erred in holding that the costs assessed by the Louisiana State Board of Dentistry against Appellant, Randall Mark Schaeffer following an administrative disciplinary hearing, in the amount of $217,852.13 were a "fine, penalty, or forfeiture," were not "actual compensation for pecuniary loss" and were non-dischargeable under 11 U.S.C. 523(a)(7).

New Orleans, Louisiana, this **20th** day of **February, 2008.**

                                        A.J. McNAMARA
                                UNITED STATES DISTRICT JUDGE